No. 03–1046. AT&T CORP. *v.* ALLEN ET UX., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED. Ct. Civ. App. Okla. Motion of Council on State Taxation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–1049. IDAHO POTATO COMMISSION *v.* M & M PRODUCE FARM & SALES, DBA M & M PRODUCE, ET AL. C. A. 2d Cir. Motions of Underwriters Laboratories Inc. et al. and Florida Department of Citrus/Florida Citrus Commission for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 03–1199. EMPLOYERS INSURANCE COMPANY OF WAUSAU *v.* JOHNSON CONTROLS, INC., ET AL. Sup. Ct. Wis. Motion of Complex Insurance Claims Litigation Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–1208. OKULEY *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.